STATE OF NEW JERSEY v. JAMES REDDICK.

January 20, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY REEVES.

January 20, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT ERVIN.

January 20, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ARCHIE HODGES.

January 20, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RANDY GURLEY.

January 20, 1988.

Petition for certification denied.